[No. 70652-7-I.   Division One.   January 12, 2015.]

THE STATE OF WASHINGTON, *Respondent*, v. JUAN G. MARTINEZ-CASILLAS, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 12-1-05518-8, Mary I. Yu, J., entered July 19, 2013. *Affirmed* by unpublished opinion per Dwyer, J., concurred in by Becker and Trickey, JJ.

[No. 70857-1-I.   Division One.   January 12, 2015.]

THE STATE OF WASHINGTON, *Respondent*, v. BRENDA NICHOLAS, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 12-1-05754-7, Theresa B. Doyle, J., entered August 9, 2013. *Affirmed in part* and *remanded with instructions* by unpublished opinion per Appelwick, J., concurred in by Spearman, C.J., and Leach, J.

[No. 70993-3-I.   Division One.   January 12, 2015.]

THE STATE OF WASHINGTON, *Respondent*, v. DANTE PIGGEE, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 13-1-02357-8, Andrea A. Darvas, J., entered September 23, 2013. *Affirmed* by unpublished opinion per Spearman, C.J., concurred in by Appelwick and Leach, JJ.

[No. 71003-6-I.   Division One.   January 12, 2015.]

DOUGLAS S. BRYSON ET AL., *Appellants*, v. STEWART TITLE GUARANTY COMPANY, *Respondent*.

Appeal from a judgment of the Superior Court for Skagit County, No. 13-2-01199-1, John M. Meyer, J., entered September 25, 2013. *Affirmed* by unpublished opinion per Becker, J., concurred in by Dwyer and Trickey, JJ.